IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| CARLETTA WILSON, | Case No. 3:17-cv-00289 |
| Plaintiff, | |
| vs. | District Judge Walter H. Rice |
| | Magistrate Judge Sharon L. Ovington |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | **DECISION AND ENTRY** |
| Defendant. | |

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #14), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on April 16, 2019 (Doc. #14) is ADOPTED in full;

2. No finding is made as to whether Plaintiff Carletta Wilson was under a "disability" within the meaning of the Social Security Act;

3. This case is remanded to the Social Security Administration under sentence 4 of 42 U.S.C. § 405(g) for further consideration consistent with the Report and Recommendations and this Decision and Entry; and

4. The case is terminated on the Court's docket.

_____
Walter H. Rice
United States District Judge