# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Carletta Wilson *Plaintiff* v. Commissioner of Social Security *Defendant* | Civil Action No. 3:17-cv-289 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Report and Recommendations is ADOPTED in full; case is REMANDED to the Social Security Administration under sentence 4 of 42 U.S.C. § 405(g) for further consideration; case is TERMINATED on the Court's docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Walter H. Rice   on a motion for

Date:   5/1/2019

CLERK OF COURT

*Sophia R. Bryant*
Signature of Clerk or Deputy Clerk